[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 15, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-11862
Non-Argument Calendar
_____

D. C. Docket No. 06-00001-CV-CAR-5

HOWARD R. ATHON, JR.,

Plaintiff-Counter
Defendant-Appellant,

versus

DIRECT MERCHANTS BANK,

Defendant-Counter
Claimant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(October 15, 2007)**

Before DUBINA, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Appellant Howard R. Athon, Jr., proceeding pro se, appeals the district court's order compelling arbitration and dismissing the case with prejudice. Athon initially brought this action against appellee HSBC Bank Nevada, N.A. ("HSBC"), successor in interest to Direct Merchants Credit Card Bank, N.A. ("Direct Merchants") in Georgia state court alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 et seq. HSBC removed the case to federal court and moved to compel arbitration and stay or dismiss the action. The district court found that there existed an arbitration agreement and issued an order compelling arbitration and dismissing the suit with prejudice.

After a thorough review of the record, we **AFFIRM** for the reasons given in the district court's order dated April 11, 2007.